

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00670-CV

Texas Municipal League Intergovernmental Risk Pool
v.
Lloyd K. Aldridge

On Appeal from the
23rd District Court of Wharton County, Texas
Trial Cause No. 47,299

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, sets aside the trial court's judgment of November 4, 2014 and remands the case. The Court orders the judgment set aside without reference to the merits, and REMAND the case to the trial court for rendition of judgment in accordance with the parties' agreement. Costs of the appeal are adjudged against the party incurring same.

February 12, 2015